**STATE of Missouri, Respondent,**

v.

**Leslie Ann HEGG–GENOVA, Appellant.**

**No. WD 70992.**

Missouri Court of Appeals, Western District.

June 1, 2010.

Melissa G. Howard, Independence, MO, for respondent.

George E. Kapke, Lee's Summit, MO, for appellant.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Leslie Ann Hegg–Genova was convicted after a bench trial of driving while intoxicated, Section 577.010.1 (RSMo 2000), and careless and imprudent driving, Section 304.012.1 (RSMo 2000). On appeal, Hegg–Genova contends the circuit court erred in entering judgment against her because the State failed to prove beyond a reasonable doubt that she was not involuntarily intoxicated at the time of the offense. For reasons explained in a memorandum provided to the parties, we find no error and affirm the judgment of convictions. Rule 30.25(b).